UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

PETER BRAND, JIE "JACK" ZHAO

Defendants

20-7330-JCB
20-7331-JCB

## MOTION TO UNSEAL

On September 29, 2020 the government filed two Gmail search warrants in 20-7330-JCB and 20-7331-JCB, seeking to obtain the contents of Gmail accounts belonging to defendant Peter Brand.  Observing the practice of this session, government moved this Court to seal the search warrant applications,  supporting affidavit, search warrants, the motion to seal, any ruling on the motion, and all related paperwork until further order of this Court.  In support of the motion to seal, the government noted that disclosure of the warrants and related paperwork could jeopardize the ongoing investigation.

Brand and his co-defendant Zhao were indicted on December 7, 2020.  In complying with the Local Rules surrounding automatic discovery, the government inadvertently provided the defense with copies of the warrants, applications, and the accompanying affidavit in 20-7330-JCB and 20-7331-JCB, *without* seeking prior approval from the Court to unseal.  The government now respectfully seeks permission, *nunc pro tunc*, to provide copies of the materials to counsel for both defendants.  The government also seeks to unseal the search warrants, application, and affidavit in 20-7330-JCB and 20-7331-JCB as disclosure of the materials will no longer jeopardize an ongoing

investigation.  The government has provided redacted copies[1] of the materials in 20-7330-JCB and

20-7331-JCB as Exhibits A and B to this motion, respectively, and requests that these documents

be substituted for the prior docketed versions of the warrants.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:    /s/ Mackenzie A. Queenin
Mackenzie A. Queenin
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Date: April 13, 2021

---

[1] The redacted copies are necessary in order to protect public disclosure of the personal
and work-related email addresses used and/or previously used by Brand and his wife, and the
names of Zhao's sons, which were redacted from the Complaint Affidavit and omitted from the
Indictment.

2